UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN E. GRIBBONS,              )<br>                                            )<br>            Plaintiff,        )<br>   vs.                                  )<br>                                            )<br>INDIANA DEPARTMENT     )<br>OF CORRECTIONS, et al.,  )<br>                                            )<br>            Defendants.     ) | 1:05-cv-1442-JDT-TAB |

### Entry Discussing Motion to Proceed *In Forma Pauperis*

The plaintiff's motion to proceed *in forma pauperis* is **granted.** He shall have **thirty (30) days** from the date of issuance of this Entry in which to pay the initial partial filing fee of **Three Dollars and Zero Cents ($3.00).**

   **IT IS SO ORDERED.**

Date:  10/28/2005

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

John E. Gribbons
DOC #996314
Wabash Valley Correctional Facility
P.O. Box 2222
Carlisle, IN 47838-2222

Richard Krall, Financial Deputy Clerk