UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN E. GRIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-1442-JDT-TAB |
| | ) | |
| INDIANA DEPARTMENT | ) | |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  2/09/2006

Laura Briggs, Clerk
United States District Court

*Evelyn G. Hollins*
By: Deputy Clerk

John Daniel Tinder, Judge
United States District Court

Copies to:

John E. Gribbons
DOC #996314
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111