**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| JOHN E. GRIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-1442-JDT-TAB |
| | ) | |
| INDIANA DEPARTMENT | ) | |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The motions filed by the plaintiff on February 8, 2006, are each **denied as moot in light** of the dismissal of this action on February 9, 2006. Although the dismissal of the action followed the filing of those motions, moreover, the plaintiff failed to prosecute the action by failing to pay the initial partial filing fee as required by the Entry issued on October 28, 2005. The disposition, therefore, was entirely proper.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 02/15/2006

Copies to:

John E. Gribbons
DOC #996314
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111